UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

RIDGEWAY TRAILER SERVICE, INC.,

        Plaintiff,                                Case No. 20-CV-1470

    v.

BMF CAPITAL LLC,

ABC INSURANCE COMPANY,

    -and-

JOHN DOE,

        Defendants.

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

NOW COMES Plaintiff, Ridgeway Trailer Service, Inc., by and through its attorneys, and hereby moves the Clerk for Entry of Default against the Defendant, BMF Capital, LLC, pursuant to Fed. R. Civ. P. 55(a). Plaintiff also hereby moves the Clerk for Entry of Default Judgment against this same Defendant pursuant to Fed. R. Civ. P. 55(b)(1) because Plaintiff's claim against BMF Capital, LLC is for a sum certain. As shown further below, Default Judgment should be entered against BMF Capital, LLC in the amount of $300,000.00.

In support of his motion, Plaintiff provides the following further grounds:

1. As indicated by the affidavit of non-service on file, the process server attempted to serve the summons and complaint on Defendant and after three attempts, he was unable to do so. (Declaration of David H. Weber, ¶2, Docket No. 3.)

2. After the failed attempts of service of the summons and complaint on the Defendant, the process server served the Summons and Complaint in this action on the Secretary of State for the state of New York. (Declaration of David H. Weber, ¶3, Docket No. 4.) This is allowed pursuant to WIS. STAT. § 801.11(5)(c), and New York Law Sections 301-A, 303, and 304 governing its State Law for Limited Liability Companies.

3. The time for answering or otherwise joining issue has expired.

4. BMF Capital, LLC has failed to answer and the Plaintiff is entitled to Entry of Default by the Clerk pursuant to Fed. R. Civ. P. 55(a).

5. Plaintiff also moves the Clerk for Entry of Default Judgment against BMF Capital, LLC pursuant to Fed. R. Civ. P. 55(b)(1) because Plaintiff's claim against BMF Capital, LLC is for a sum certain. The amount of monetary damages is $75,000.00. (Docket #1, ¶27.) In addition, Plaintiff seeks multiple damages under Wisconsin's civil theft statute. (Id., ¶26.) Pursuant to WIS. STAT. § 895.446(3)(c) provides for exemplary damages of not more than three times the stolen amount. In this instance, that amount would be $225,000.00. The combined Judgment should therefore be $300,000.00.

This motion is further supported by the Declaration of David H. Weber filed herewith.

Dated this 1st day of December, 2020.

                By: s/ David H. Weber
                    David H. Weber, SBN 1034009
                    Law Firm of Conway, Olejniczak & Jerry, S.C.
                    231 South Adams Street
                    P.O. Box 23200
                    Green Bay, WI 54305-3200
                    Ph: (920) 437-0476
                    Fax: (920) 437-2868
                    dhw@lcojlaw.com

*Attorneys for Plaintiff, Ridgeway Trailer Service, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

RIDGEWAY TRAILER SERVICE, INC.,

      Plaintiff,

v.

BMF CAPITAL LLC,

ABC INSURANCE COMPANY,

  -and-

JOHN DOE,

      Defendants.

Case No. 20-CV-1470

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, a true and correct copy of the foregoing document was served via U.S. Mail on Defendant, BMF Capital, LLC, at 1820 Avenue M, Suite 125, Brooklyn, NY 11230.

Dated this 1st day of December 2020.

      By: s/ David H. Weber
      David H. Weber, SBN 1034009
      Law Firm of Conway, Olejniczak & Jerry, S.C.
      231 South Adams Street
      P.O. Box 23200
      Green Bay, WI 54305-3200
      Ph: (920) 437-0476
      Fax: (920) 437-2868
      dhw@lcojlaw.com

*Attorneys for Plaintiff, Ridgeway Trailer Service, Inc.*

*#3613863*