UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RIDGEWAY TRAILER SERVICE, INC.,

        Plaintiff,

      v.                      Case No. 20-C-1470

BMF CAPITAL LLC,
ABC INSURANCE COMPANY, and
JOHN DOE,

        Defendants.

---

## ORDER FOR DEFAULT JUDGMENT

---

A Motion for Entry of Default and Default Judgment against Defendant BMF Capital, LLC having been filed by the Plaintiff, and the Court having received proof of service upon Defendant, BMF Capital, LLC, and there appearing no answer or other response filed by or on behalf of said Defendant,

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment against Defendant, BMF Capital, LLC, is granted. Judgment for monetary damages in the amount of $300,000.00 shall be and hereby is entered against BMF Capital, LLC.

Dated at Green Bay, Wisconsin this 2nd day of December, 2020.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge