UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

RIDGEWAY TRAILER SERVICE, INC.,

        Plaintiff,                                Case No. 20-CV-1470

    v.

BMF CAPITAL LLC,

ABC INSURANCE COMPANY,

    -and-

JOHN DOE,

        Defendants.

## ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT

Undersigned attorney of record for Ridgeway Trailer Service, Inc. in the above entitled action, acknowledge that a judgment was rendered against the judgment debtor BMF Capital, LLC on December 2, 2020. (Docket No. 7.) Payment has now been received in full by the Plaintiff. This judgment should therefore be deemed satisfied in full.

Executed at Green Bay, Wisconsin this 28th day of June, 2021.

                    By: s/ David H. Weber
                         David H. Weber, SBN 1034009
                         Law Firm of Conway, Olejniczak & Jerry, S.C.
                         231 South Adams Street
                         P.O. Box 23200
                         Green Bay, WI 54305-3200
                         Ph: (920) 437-0476
                         Fax: (920) 437-2868
                         dhw@lcojlaw.com

                    *Attorneys for Plaintiff, Ridgeway Trailer Service, Inc.*

#3868775